# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 30, 2026

Lyle W. Cayce
Clerk

No. 23-30156

Plaquemines Parish,

*Plaintiff—Appellee*,

State of Louisiana, *through the Louisiana Department of Natural Resources, Office of Coastal Management, and its Secretary, Dustin Davidson*; State of Louisiana, *ex rel., Elizabeth B. Murrill, Attorney General*,

*Intervenor Plaintiffs—Appellees*,

*versus*

Chevron USA Holdings, Incorporated, *as Successor in interest to* Humble Oil and Refining *Company*; Texas Company,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-5265

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of September 30, 2026, pursuant to Appellant Exxon Mobil Corporation motion only.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ______________________
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT